**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LIDIA GARCIA, on behalf of herself** | ) | |
| **and all others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No.  4:04CV1009-SNL** |
| | ) | |
| **EXPRESS SCRIPTS, INC.,** | ) | |
| **BARRETT A. TOAN,** | ) | |
| **EDWARD J. TENHOLDER and** | ) | |
| **GEORGE PAZ,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

By letter of June 6, 2005 I confirmed the conference in this case at 9:00 a.m. in chambers. Counsel should advise the Court, electronically, if they desire a formal conference on the record.

**IT IS THEREFORE ORDERED** that a scheduling conference will be held before the Court at **9:00 a.m. June 30, 2005.**  The parties should be prepared to discuss some items that might be considered in a Rule 16 Scheduling Conference such as timing and methodology of discovery, timing and limitation in particular of Rule 26 disclosures, depositions, requests for production, interrogatories, requests for admissions and other discovery, the locations for conducting discovery, names, addresses, telephone and fax numbers of parties who need to be noticed, need for local counsel, methodology for court resolution of disputed discovery, communication with the Court, status of pending motions that are fully briefed and any other item that may be appropriate for discussion concerning the implementation of discovery in this litigation.

Dated this __16th__ day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE